UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 JUL 23 PM 1: 21

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) NO. 5:20-cr-72-1 |
| JASON GRAHAM | ) (18 U.S.C. §§ 875(c) & 2) |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about February 4, 2019, in the District of Vermont and elsewhere, the defendant JASON GRAHAM, for the purpose of issuing a threat and with the knowledge that the communication would be viewed as a threat, transmitted in interstate commerce a communication containing a threat to injure the person of another, specifically, GRAHAM posted to a Facebook group chat stating he intended to "shoot up" the school of two Vermont students.

(18 U.S.C. §875(c))

## COUNT 2

On or about February 7, 2019, in the District of Vermont and elsewhere, the defendant JASON GRAHAM, for the purpose of issuing a threat and with the knowledge that the communication would be viewed as a threat, aided and abetted the transmission in interstate commerce of a communication containing a threat to injure the person of another, specifically a phone call to Green Mountain Union High School threatening to explode a bomb in the building and to shoot students.

(18 U.S.C. §§ 875(c) & 2)

A TRUE BILL

███████████████

FOREPERSON

*Christina C. Nolan by CaPC*
CHRISTINA E. NOLAN (EAPC)
United States Attorney
Burlington, Vermont
July 23, 2020